**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------

**No. 99-1436**

------

In Re: EDWARD G. SHLIKAS,

Petitioner.

------

On Petition for Writ of Mandamus.  (CA-97-1188-1)

------

Submitted:  May 13, 1999          Decided:  May 19, 1999

------

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

------

Petition denied by unpublished per curiam opinion.

------

Edward G. Shlikas, Petitioner Pro Se.

------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward G. Shlikas filed a petition for a writ of mandamus seeking an order compelling the district court to allow him to file a responsive brief in excess of twenty pages and for a writ of prohibition ordering the district judge and magistrate judge to disqualify themselves from all further proceedings in his case. We deny the petition.

A writ of mandamus and a writ of prohibition are drastic remedies to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976) (writ of mandamus); In re Vargas, 723 F.2d 1461, 1468 (10th Cir. 1983) (writ of prohibition). Relief under these writs is only available when there are no other means by which the relief sought could be granted, In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and they may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." See Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Shlikas has not made such a showing. Accordingly, we deny his petition for a writ of mandamus. We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED